1
2
3
4
5

6 **IN THE UNITED STATES DISTRICT COURT FOR THE**

7 **EASTERN DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| CHRISTOPHER LEE COFFELT, dba TLC POSTAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, et al.,<br><br>Defendants.<br>_____ | NO. 1:09-CV-00471-AWI-DLB<br><br>ORDER GRANTING MOTION TO AMEND ORDER DISMISSING ACTION<br><br>ORDER AMENDING DISMISAL ORDER TO REFLECT DISMISSAL WITHOUT PREJUDICE<br><br>(Document #5) |

On March 19, 2009, Plaintiff filed a request to dismiss this case. The Court construed the motion as one made pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). On March 24, 2009, the court directed the Clerk of the Court to close the case in light of Plaintiff's request to dismiss the case with prejudice. On July 14, 2009, Plaintiff filed a motion to amend the Court's order to reflect the fact that the case was dismissed without prejudice.

Pursuant to Federal Rule of Civil Procedure 60(b), the court may relieve a party from a final judgment, order, or proceeding based on: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud; (4) a void judgment; (5) a satisfied or discharged judgment; or (6) "extraordinary circumstances" which would justify relief. Fed.R.Civ.Pro. 60(b); School Dist. No. 1J Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993). Plaintiff has shown that the court mistakenly ordered that the dismissal would be with prejudice.

1   Accordingly, the court ORDERS that:

2   1.   Plaintiff's motion to amend is GRANTED;

3   2.   The March 24, 2009 order is AMENDED to reflect that the dismissal in this
4        action is WITHOUT PREJUDICE.

5   IT IS SO ORDERED.

6   Dated:   **July 17, 2009**                 /s/ **Anthony W. Ishii**
                                           CHIEF UNITED STATES DISTRICT JUDGE

2